1  **THE COSTA LAW FIRM**
   DANIEL P. COSTA, State Bar No. 110919
2  2489 Sunrise Blvd., Suite A
   Gold River, California  95670
3  Telephone:  (916) 400-2734
   Telecopier:  (916) 400-2744
4
   Attorneys for Defendant
5  FEDERATED LIFE INSURANCE COMPANY

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 KEITH WARKENTIN,                       )  CASE NO:  1:10-CV-00221-DLB
                                          )
12              Plaintiff,                )
   vs.                                    )  **STIPULATION AND PROPOSED ORDER**
13                                        )  **RE: MODIFICATION OF SCHEDULING**
                                          )  **ORDER**
14 FEDERATED LIFE INSURANCE COMPANY;      )
   a Minnesota Corporation registered to do )
15 business in California; and DOES 1 to 60, )
                                          )
16              Defendants.               )
                                          )
17

18         COMES NOW the parties through their respective counsel of record and hereby STIPULATE

19 AND AGREE that the current Scheduling Order be modified to allow the parties to complete

20 discovery, file dispositive motions, if necessary, and participate in a meaningful Settlement

21 Conference.  These modifications are necessary due to the fact that a number of out-of-state

22 depositions have to be completed, counsel for FEDERATED was engaged in a lengthy Trial and

23 Binding Arbitrations affecting the scheduling of certain depositions, and Plaintiff recently underwent

24 a back surgery.  As such, the parties are requesting that all dates be extended for a period of

25 approximately 90 days as follows:

26

1. Discovery Deadlines:

|  | Present date | New date |
|---|---|---|
| Non-expert: | September 14, 2011 | December 15, 2011 |
| Expert: | September 19, 2011 | December 20, 2011 |

2. Non-Dispositive Motion Deadlines:

|  | Present date | New date |
|---|---|---|
| Filing: | October 11, 2011 | January 13, 2012 |
| Hearing: | November 4, 2011 | February 6, 2012 |

3. Dispositive Motion Deadlines:

|  | Present date | New date |
|---|---|---|
| Filing: | September 6, 2011 | December 7, 2011 |
| Hearing: | October 14, 2011 | January 16, 2012 |

4. Settlement Conference: June 8, 2011 (taken off calendar) - New date: TBA

5. Pre-Trial Conference:

| Present date | New date |
|---|---|
| December 16, 2011 @ 1:30 p.m., Courtroom 9 | March 23, 2012 |

6. Jury Trial:

| Present date | New date |
|---|---|
| February 7, 2012 | May 15, 2012 |

DATED: August 2, 2011                    **THE COSTA LAW FIRM**


By:    **/S/ DANIEL P. COSTA**
       DANIEL P. COSTA
       Attorneys for Defendant
       FEDERATED LIFE INSURANCE COMPANY

**STIPULATION AND PROPOSED ORDER RE: MODIFICATION OF SCHEDULING ORDER**
- 2 -

DATED:  August 2, 2011　　　　　　　　　　**HOLLINGSWORTH LAW FIRM**

　　　　　　　　　　　　　　　　　　　By:　　**/S/ DAVID HOLLINGSWORTH**
　　　　　　　　　　　　　　　　　　　　　　DAVID HOLLINGSWORTH
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　KEITH WARKENTIN


## **ORDER**

GOOD CAUSE APPEARING,

　　　IT IS SO ORDERED.

　　**Dated:  August 2, 2011**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE