# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH WARKENTIN, | ) | 1:10cv0221 DLB |
| | ) | |
| Plaintiff, | ) | ORDER SETTING |
| | ) | SETTLEMENT CONFERENCE |
| v. | ) | |
| | ) | **Date: October 25, 2011** |
| FEDERATED LIFE INSURANCE COMPANY, | ) | **Time: 10:30 a.m.** |
| | ) | **Courtroom 10 (GSA)** |
| Defendant. | ) | |
| | ) | |

Pursuant to an agreement by the parties, the Court SETS a settlement conference for October 25, 2011, at 10:30 a.m., in Courtroom 10 before the Honorable Gary S. Austin.

Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference.

In accordance with the May 2010 Scheduling Order, at least five (5) court days prior to the Settlement Conference the parties shall submit, directly to the Magistrate Judge's chambers by email to gsaorders@caed.uscourts.gov, a Confidential Settlement Conference Statement. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**.

IT IS SO ORDERED.

Dated:   August 23, 2011              /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE