**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
SHEILA TATAYON, State Bar No. 149401
2489 Sunrise Blvd., Suite A
Gold River, California  95670
Telephone:  (916) 400-2734
Telecopier:  (916) 400-2744

Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WARKENTIN, | CASE NO:  1:10-CV-00221-DLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: MODIFICATION OF SCHEDULING ORDER** |
| FEDERATED LIFE INSURANCE COMPANY; a Minnesota Corporation registered to do business in California; and DOES 1 to 60, | |
| Defendants. | |

COMES NOW the parties through their respective counsel of record and hereby STIPULATE AND AGREE that the current Scheduling Order be modified to allow the parties to complete discovery, file dispositive motions, if necessary, and participate in a meaningful Settlement Conference.  These modifications are necessary due to the fact that a number of out-of-state depositions were just recently completed, after rescheduling due to illness of the Plaintiff, depositions of key witnesses must be rescheduled following recent resolution of a discovery dispute regarding the subpoena of documents from Plaintiff's business, and the time necessary to accommodate conflicting schedules of the respective attorneys for Plaintiff and FEDERATED with respect to the

---

**STIPULATION AND ORDER RE: MODIFICATION OF SCHEDULING ORDER**
- 1 -

scheduling of this discovery.  Finally, no date had been set for disclosure of expert witness, and the parties needed to reach an agreement for disclosure, as to avoid any unfair surprise or advantage. As such, the parties are requesting that all dates, **except the trial date**, be extended as follows:

1. Discovery Deadlines:

|  | Present date | New date |
|---|---|---|
| Non-expert: | December 15, 2011 | February 14, 2012 |
| Expert: | December 20, 2011 | February 21, 2012 |

Expert Disclosures due by January 19, 2011.  (No present date had been set.)

2. Non-Dispositive Motion Deadlines:

|  | Present date | New date |
|---|---|---|
| Filing: | January 13, 2012 | March 14, 2012 |
| Hearing: | February 6, 2012 | April 6, 2012 |

3. Dispositive Motion Deadlines:

|  | Present date | New date |
|---|---|---|
| Filing: | December 7, 2011 | February 14, 2012 |
| Hearing: | January 16, 2012 | March 23, 2012 |

4. Settlement Conference: Parties shall contact the Courtroom Deputy.

5. Pre-Trial Conference:

| Present date | New date |
|---|---|
| March 23, 2012 | April 13, 2012 |

6. Trial:

| Present date | New date |
|---|---|
| May 15, 2012 | May 29, 2012 |

DATED: December 9, 2011                                    **THE COSTA LAW FIRM**

**STIPULATION AND ORDER RE: MODIFICATION OF SCHEDULING ORDER**
- 2 -

By: **/S/ DANIEL P. COSTA**
DANIEL P. COSTA
Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY

DATED:  December 9, 2011          **LAW OFFICES OF DAVID C. HOLLINGSWORTH**

By: **/S/ DAVID HOLLINGSWORTH**
DAVID HOLLINGSWORTH
Attorneys for Plaintiff
KEITH WARKENTIN

**ORDER**

IT IS SO ORDERED.

Dated:  **December 12, 2011**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE