1  **THE COSTA LAW FIRM**
   DANIEL P. COSTA, State Bar No. 110919
2  SHEILA TATAYON, State Bar No. 149401
   2489 Sunrise Blvd., Suite A
3  Gold River, California  95670
   Telephone:  (916) 400-2734
4  Telecopier:  (916) 400-2744

5  Attorneys for Defendant
   FEDERATED LIFE INSURANCE COMPANY
6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 KEITH WARKENTIN,                ) CASE NO: 1:10-CV-00221-LJO-DLB
                                   )
12            Plaintiff,            )
   vs.                             )
13                                 ) **AMENDED STIPULATION AND ORDER**
                                   ) **RE: MODIFICATION OF SCHEDULING**
                                   ) **ORDER**
14 FEDERATED LIFE INSURANCE COMPANY; )
   a Minnesota Corporation registered to do )
15 business in California; and DOES 1 to 60, )
                                   )
16            Defendants.           )
                                   )
17

18

19        COMES NOW the parties through their respective counsel of record and hereby STIPULATE

20 AND AGREE that the current Scheduling Order be modified to allow the parties to complete

21 discovery, file dispositive motions, if necessary, and participate in a meaningful Settlement

22 Conference.  These modifications are necessary due to the fact that a number of out-of-state

23 depositions were just recently completed, after rescheduling due to illness of the Plaintiff,

24 depositions of key witnesses must be rescheduled following recent resolution of a discovery dispute

25 regarding the subpoena of documents from Plaintiff's business, and the time necessary to

26 accommodate conflicting schedules of the respective attorneys for Plaintiff and FEDERATED with

respect to the scheduling of this discovery. Finally, no date had been set for disclosure of expert witness, and the parties needed to reach an agreement for disclosure, as to avoid any unfair surprise or advantage. As such, the parties are requesting that all dates, **except the trial date**, be extended as follows:

1. Discovery Deadlines:

|  | Present date | New date |
|---|---|---|
| Non-expert: | December 15, 2011 | February 14, 2012 |
| Expert: | December 20, 2011 | February 21, 2012 |
| Expert Disclosures due by: | | January 19, 2012 |

2. Non-Dispositive Motion Deadlines:

|  | Present date | New date |
|---|---|---|
| Filing: | January 13, 2012 | March 14, 2012 |
| Hearing: | February 6, 2012 | April 6, 2012 |

3. Dispositive Motion Deadlines:

|  | Present date | New date |
|---|---|---|
| Filing: | December 7, 2011 | February 14, 2012 |
| Hearing: | January 16, 2012 | March 23, 2012 |

4. Settlement Conference: Parties shall contact the Courtroom Deputy.

5. Pre-Trial Conference:

| Present date | New date |
|---|---|
| March 23, 2012 | April 13, 2012 |

6. Trial:

| Present date | New date |
|---|---|
| May 15, 2012 | May 29, 2012 |

PDF created with pdfFactory trial version www.pdffactory.com

DATED:   December 9, 2011          **THE COSTA LAW FIRM**


By:   **/S/ DANIEL P. COSTA**
DANIEL P. COSTA
Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY


DATED:   December 9, 2011          **LAW OFFICES OF DAVID C. HOLLINGSWORTH**


By:   **/S/ DAVID HOLLINGSWORTH**
DAVID HOLLINGSWORTH

Attorneys for Plaintiff
KEITH WARKENTIN


**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED:


Dated:   December 16, 2011          /s/ DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE