1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| KEITH WARKENTIN, | ) 1:10cv0221 DLB |
| | ) |
| 　　　　　　　Plaintiff, | ) ORDER DENYING DEFENDANT'S |
| | ) REQUEST FOR RECONSIDERATION BY A |
| 　v. | ) JUDGE RE: ORDER DENYING |
| | ) DEFENDANT'S APPLICATION FOR AN |
| FEDERATED LIFE INSURANCE | ) ORDER TO SHOW CAUSE |
| COMPANY, | ) |
| | ) (Document 42) |
| | ) |
| 　　　　　　　Defendant. | ) |
| | ) |
| _____ | ) |

9
10
11
12
13
14
15
16

Plaintiff Keith Warkentin ("Plaintiff") filed this action on December 22, 2009, in Merced

17

County Superior Court claiming that Defendant Federated Life Insurance Company

18

("Federated") unreasonably denied him benefits under two disability insurance policies.

19

Federated removed the action to this Court on February 10, 2010.

20

On November 23, 2011, Federated filed an application for an order to show cause why

21

non-party Certified Automotive ("Certified") and Plaintiff should not be held in contempt

22

pursuant to Federal Rule of Civil Procedure 45. Doc. 26. Following a hearing, the Court denied

23

the application by written order on January 13, 2012. Doc. 37. Federated now seeks

24

reconsideration of that order. Doc. 42.

25

### DISCUSSION

26

Federated seeks review of the undersigned magistrate judge's order by a district court

27

judge in accordance with Federal Rule of Civil Procedure 72 and Rule 303(c) of the Local Rules

28

of the United States District Court, Eastern District of California.  Federated's request is

DENIED.

Reconsideration by a district judge is not available.  The parties have consented to the

jurisdiction of the magistrate judge.  Docs. 9 and 11.  Neither Federal Rule of Civil Procedure 72

nor Local Rule 303 are applicable.[1]  There is no district court judge assigned in this case

authorized to review the discovery order.

The Court considers Federated's request for reconsideration pursuant to Local Rule 230,

which provides as follows:

> Whenever any motion has been granted or denied in whole or in part, and a
> subsequent motion for reconsideration is made upon the same or any alleged
> different set of facts, counsel shall present to the Judge or Magistrate Judge to
> whom such subsequent motion is made an affidavit or brief, as appropriate, setting
> forth the material facts and circumstances surrounding each motion for which
> reconsideration is sought, including:
>
> (1) when and to what Judge or Magistrate Judge the prior motion was
> made;
> (2) what ruling, decision, or order was made thereon;
> (3) what new or different facts or circumstances are claimed to exist which
> did not exist or were not shown upon such prior motion, or what other
> grounds exist for the motion; and
> (4) why the facts or circumstances were not shown at the time of the prior
> motion.

Local Rule 230(j).  Here, Federated has not presented any new or different facts or circumstances

which did not exist or were no shown upon its prior application for an order to show cause.

Federated's argument that Certified Automotive should be held in contempt for failure to comply

with the subpoena is not new.  As the Court previously found, Certified Automotive did not

refuse to comply with the subpoena, the production was ongoing and, in the end, there were no

documents withheld from production.  Thus, there was no basis for an order of contempt or the

imposition of sanctions.

Federated appears to seek reconsideration solely to recover its costs for filing the

application for an order to show cause.  However, the fee request included supplemental briefing

and supplemental declarations filed by Federated *after* Certified Automotive produced all

[1]Federated also cited inapplicable procedural rules in requesting the underlying order to show cause.
Counsel are expected to understand and to comply with the Federal Rules of Civil Procedure and the Local Rules.

responsive documents, along with unnecessary travel time for appearance at the hearing.

## CONCLUSION

For the reasons discussed above, Federated's request for reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:**   **January 30, 2012**                    _____ /s/ **Dennis L. Beck**_____
                                                          UNITED STATES MAGISTRATE JUDGE