# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WARKENTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERATED LIFE INSURANCE COMPANY,<br><br>        Defendant. | 1:10cv0221 DLB<br><br>ORDER STRIKING PLAINTIFF'S REQUEST FOR RECONSIDERATION BY A DISTRICT JUDGE OF MAGISTRATE JUDGE'S RULING<br>(Document 82) |

      On March 26, 2012, the Court denied Plaintiff Keith Warkentin's motion to strike portions of the answer and counterclaim filed by Defendant Federated Life Insurance Company ("Federated").

      On March 28, 2012, the Court granted Federated's motion for summary judgment. The Clerk of the Court entered judgment in favor of Federated and against Plaintiff.

      On June 11, 2012, the Court denied Plaintiff's request for reconsideration of the Court's order granting summary judgment in favor of Federated.

      Plaintiff now seeks review of these orders by a district court judge pursuant to Federal Rule of Civil Procedure 72 and Local Rule 303. The Court STRIKES Plaintiff's request for review. It is frivolous and appears designed to vex or to harass Federated and this Court. The Court explicitly informed the parties that reconsideration by a district judge is not available in this case. Doc. 43. The parties consented to the jurisdiction of the magistrate judge.

1  Reconsideration by a district judge is not authorized.  Fed. R. Civ. P. 72; Local Rule 303.

3    IT IS SO ORDERED.

4    **Dated:**   **June 26, 2012**                    /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE