# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WARKENTIN,<br><br>            Plaintiff,<br><br>    vs.<br><br>FEDERATED LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No.: 1:10cv0221 DLB<br><br>ORDER RE:  DECLARATION OF PLAINTIFF AND HEARING ON OBJECTION TO BILL OF COSTS |

Defendant Federated Life Insurance Company submitted a Bill of Costs and related documents on April 10, 2012.  Plaintiff Keith Warkentin filed objections to the Bill of Costs on April 17, 2012, and supplemental objections on July 27, 2012.  A hearing regarding the Bill of Costs is scheduled for August 3, 2012.

According to Plaintiff's objections, he is financially unable to pay the costs and he has limited financial resources.  Docs. 76 and 93.  However, Plaintiff has not submitted a declaration or other documents supporting these statements.  The Court therefore requires additional information regarding Plaintiff's financial resources.

Plaintiff is HEREBY ORDERED to submit additional information regarding his financial resources, including a declaration signed under penalty of perjury, within fourteen (14) days of

the date of this Order.   The hearing scheduled for August 3, 2012, on the Bill of Costs is TAKEN OFF CALENDAR.  Upon receipt of the additional information, the matter will be DEEMED SUBMITTED, and the Court will issue a written decision on Plaintiff's objections to the Bill of Costs.

IT IS SO ORDERED.

    Dated:   **July 31, 2012**             /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE