**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
SHEILA TATAYON, State Bar No. 149401
RYAN E. ABERNETHY, State Bar No. 267538
2489 Sunrise Blvd., Suite A
Gold River, California 95670
Telephone: (916) 400-2734
Telecopier: (916) 400-2744

Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WARKENTIN, | CASE NO: 1:10-CV-00221-LJO-SAB |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | **TO EXTEND THE HEARING DATE FOR PLAINTIFF KEITH WARKENTIN'S MOTION FOR INDICATIVE RULING AND** |
| FEDERATED LIFE INSURANCE COMPANY; a Minnesota Corporation registered to do business in California; and DOES 1 to 60, | **RECONSIDERATION** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Hearing on Plaintiff Keith Warkentin's Motion for Indicative Ruling and Reconsideration, currently scheduled for February 22, 2013, at 9:00 a.m. in Courtroom 1, be continued to April 17, 2013, at 9:30 a.m. in Courtroom 9.

IT IS FURTHER STIPULATED THAT the parties agree to a stay of the appeal currently pending in the Ninth Circuit until this Court has issued its ruling on Plaintiff's Motion for Indicative Ruling and Reconsideration.

STIPULATED AND AGREED TO BY:

DATED: February 5, 2013                    **THE COSTA LAW FIRM**

                                           By:    **/s/ DANIEL P. COSTA**
                                                  DANIEL P. COSTA
                                                  SHEILA TATAYON
                                                  RYAN ABERNETHY
                                                  Attorneys for Defendant
                                                  Federated Life Insurance Company

DATED: February 6, 2013                    **McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP**

                                           By:    **/s/ WADE M. HANSARD**
                                                  WADE M. HANSARD
                                                  GENI K. KROGSTAD
                                                  CHET W. NEILSON
                                                  Attorney for Plaintiff
                                                  Keith Warkentin

IT IS SO ORDERED.

Dated:   **February 6, 2013**                    **/s/ Stanley A. Boone**
                                                  UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE HEARING DATE**
**ON PLAINTIFF'S MOTION FOR INDICATIVE RULING AND RECONSIDERATION**
- 2 -