# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WARKENTIN, | Case No. 1:10-cv-00221-SAB |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| FEDERATED LIFE INSURANCE COMPANY, | |
| Defendant. | |

On December 2, 2014, the Ninth Circuit issued its memorandum decision remanding this action to this Court and directing the Court to address three issues: 1) whether the Court should exercise its discretion as to whether Plaintiff Keith Warkentin ("Plaintiff") established excusable neglect for the late-filed opposition to Defendant Federated Life Insurance Company's ("Defendant") motion for summary judgment, 2) whether the Court should exercise its discretion as to whether Defendant's proposed undisputed facts should be deemed admitted or instead take other action, such as allowing the entry of the late-submitted factual material while providing Defendant with time to respond, and 3) whether Defendant is entitled to summary judgment on its rescission claim.

In accordance with the Ninth Circuit's decision, the Court will set a status conference to establish a briefing schedule for the parties to submit arguments on those three issues.

1    Accordingly, it is HEREBY ORDERED that the parties shall appear for a status
2 conference on **December 16, 2014 at 9:30 a.m.** in Courtroom 9 (SAB) before United States
3 Magistrate Judge Stanley A. Boone.  The parties should come prepared with proposed dates for a
4 briefing schedule.  The parties may appear telephonically if requested in advance of the hearing
5 date.

IT IS SO ORDERED.

Dated:   **December 5, 2014**

UNITED STATES MAGISTRATE JUDGE