UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KEITH WARKENTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERATED LIFE INSURANCE COMPANY; a Minnesota Corporation registered to do business in California; and DOES 1 to 60,<br><br>        Defendants. | Case No. 1:10-CV-00221-SAB<br><br>ORDER ON STIPULATION TO CONTINUE DATE OF HEARING ON THE PARTIES' BRIEFS ON REMAND |

Pursuant to the stipulation of the parties, the March 18, 2015 hearing on the parties' briefs on remand in the above matter is HEREBY CONTINUED to April 8, 2015, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **March 13, 2015**

UNITED STATES MAGISTRATE JUDGE