# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WARKENTIN, | Case No. 1:10-cv-00221-SAB |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE ON NEW CASE LAW |
| v. | |
| FEDERATED LIFE INSURANCE COMPANY, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

On December 2, 2014, this action was remanded by the Ninth Circuit for this Court to consider whether Plaintiff had exhibited excusable neglect in filing his late opposition to Defendant's motion for summary judgment and for consideration of the motion for summary judgment applying the correct fraud standard. At the direction of the Court, the parties filed briefing on the issues identified in the remand order; and the Court held oral argument on April 8, 2014.

On March 18, 2015, Plaintiff filed a notice of supplemental authority. The issue of whether subsequent authority should be addressed was discussed at the April 18, 2014. Based on the discussion, the Court shall provide the parties the opportunity to brief any new relevant case

law since the time that the motion for summary judgment was originally submitted for decision on March 23, 2012.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a brief addressing the application of new case law to this action on or before April 15, 2015;

2. Defendant shall file a reply brief on or before April 22, 2015; and

3. Absent notice from the parties of other relevant authority that should be addressed, the matter shall be considered submitted upon the filing of Defendant's reply brief.

IT IS SO ORDERED.

Dated:   **April 8, 2015**

UNITED STATES MAGISTRATE JUDGE